BEFORE THE FIRST DIVISION, FEBRUARY 20, 1963

No. 67449.—Rifkin Textiles Corp. v. United States, protests 63/1005 and 63/1006 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of woven fabrics in chief value of wool and in part of braid similar in all material respects to those the subject of Abstract 67278, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1963

No. 67450.—American Pecco Corp. v. United States, protest 60/4888-15718 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.